# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:                          :
                                :
                                :
Michael C. Worsham              :   MISC. CASE NO. 13-mc-401
                                :        (DISCIPLINARY)
                                :
Respondent.                     :
******************************************************************

## ORDER

By Order dated November 7, 2013, the Court initiated formal disciplinary proceedings against Respondent and appointed a three-judge disciplinary panel pursuant to Local Rule 705.1.d.[1] The panel held a hearing on January 9, 2014, and Respondent, proceeding without counsel, was present. Having considered the disciplinary panel's report and recommendation, it is hereby

ORDERED by the United States District Court for the District of Maryland that the disciplinary panel's report and recommendation is adopted and incorporated as the Memorandum Opinion in support of this Order; and it is further

ORDERED that, for the reasons stated in the accompanying Memorandum Opinion, Michael C. Worsham, Esquire, be and hereby is indefinitely suspended from the practice of law in this Court, with the right to reapply in two years from November 7, 2013. Any application for reinstatement must demonstrate fitness in compliance with Local Rule 705.4 (D. Md. 2011); and it is further

ORDERED that the Clerk shall enter this Order and the Memorandum Opinion on the public docket, and administratively close this case.

---

[1] The Court also ordered Respondent's immediate suspension from the bar pursuant to Standing Order 2013-07.

The Clerk is directed to send a certified copy of this Order and the Memorandum Opinion by regular mail to Respondent. Within fourteen (14) days of this Order, the Clerk shall give notice of this Order to the bar authorities and jurisdictions where Respondent is admitted to practice, as provided for in Local Rule 705.5(a). The Clerk shall also notify the National Discipline Data Bank of this Order as required by Local Rule 705.5(b).

Date: March 19, 2014

Deborah K. Chasanow, Chief Judge
United States District Court